# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 14, 2023

Lyle W. Cayce
Clerk

No. 22-30775
CONSOLIDATED WITH
No. 23-30002

Metro Service Group, Incorporated,

*Plaintiff—Appellee*,

*versus*

Waste Connections Bayou, Incorporated, *formerly known as* Progressive Waste Solutions of LA, *formerly known as* IESI LA Corporation,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC Nos. 2:21-CV-1136

Before Duncan and Wilson, *Circuit Judges*, and Schroeder, *District Judge*.[*]

Per Curiam:[†]

---

[*] District Judge of the Eastern District of Texas, sitting by designation.

[†] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-30775
c/w No. 23-30002

Metro Service Group, Inc., sued Waste Connections Bayou, Inc. for breach of contract, wrongful termination, and unjust enrichment related to a subcontract between the parties for waste removal. Waste Connections brought a counterclaim against Metro to recover attorney's fees arising out of the litigation. This matter proceeded to a three-day trial before a jury, which returned a verdict in favor of Metro. Based on that verdict, the district court entered judgment for Metro for damages totaling $1,396,664.93.

Waste Connections filed a post-trial "Rule 50(b) motion for judgment as a matter of law or, in the alternative, Rule 59(a) motion for new trial," asserting that there was insufficient evidence to support the jury's verdict and damages award. The district court rejected each challenge and denied the motions. After reviewing the briefs and record, hearing argument from the parties, and considering the deference owed to jury verdicts, we conclude that the district court thoroughly considered Waste Connections' motions and committed no reversible error.

AFFIRMED.